UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY DAVIS (#102252)                                CIVIL ACTION

VERSUS

STATE OF LOUISIANA                                NO. 23-01336-BAJ-SDJ

## RULING AND ORDER

Plaintiff, who is representing himself and who is confined at the Louisiana State Penitentiary in Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against the State of Louisiana, complaining that his continued confinement based on a nonunanimous jury verdict violates his constitutional rights. (Doc. 1). Plaintiff requests monetary and injunctive relief. (*Id.*). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 4, the "Report")**, recommending that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted and that the Court decline to exercise supplemental jurisdiction over any potential state law claims. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state

a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 26th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA